```
LAWRENCE G. BROWN
Acting United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```



FILED
FEB 27 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>640 WEST MCKINLEY AVENUE,<br>FRESNO, CALIFORNIA<br><br>2446 NORTH WEBER AVENUE<br>FRESNO, CALIFORNIA<br><br>2130 NORTH MARKS AVE APT #152<br>FRESNO, CALIFORNIA<br><br>4851 NORTH CEDAR AVE APT #140<br>FRESNO, CALIFORNIA<br><br>4337 NORTH CEDAR AVE APT #102<br>FRESNO, CALIFORNIA<br><br>4068 W. APPLE TREE LANE,<br>FRESNO, CALIFORNIA<br><br>5034 WEST BULLARD AVE APT #205,<br>FRESNO, CALIFORNIA<br><br>11621 AVE 261,<br>TULARE, CALIFORNIA | SW-F 09-00038<br>09-00039<br>09-00040<br>09-00041<br>09-00042<br>09-00043<br>09-00044<br><br>ORDER TO UNSEAL SEARCH WARRANT<br>AFFIDAVIT AND WARRANTS |

The search warrant affidavit in this case having been sealed by Order of its Court on January 27, 2009, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

1  IT IS HEREBY ORDERED that the search warrant affidavit and
2  warrant be unsealed and made public record.

DATED: 2/27/09

_____
UNITED STATES MAGISTRATE JUDGE